# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| RICKEY D. ODOM, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:19-cv-01006-LSC-JHE |
| WILLIAM VALERY, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

On November 4, 2019, the magistrate judge entered a report recommending that this action be dismissed without prejudice for failure to prosecute. (Doc. 9). There has been no response to the report and recommendation.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. This action is therefore due to be dismissed without prejudice for failure to prosecute.

A Final Judgment will be entered.

---

[1] The service copy of the report and recommendation mailed to the plaintiff at the Clay County Detention Center has been returned by the Postal Service as undeliverable. (Doc. 10). On the complaint form completed and signed by the plaintiff, he was advised of his responsibility to keep the court apprised of his correct current address and was warned that failure to do so could result in dismissal of this action.

**DONE** and **ORDERED** on December 5, 2019.

_____
L. Scott Coogler
United States District Judge

160704